IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT HAMPTON | : |
| | : CIVIL ACTION |
| | : |
| v. | : NO. 24-1011 |
| | : |
| PROGRESSIVE INSURANCE COMPANY | : |
| | : |

## ORDER

AND NOW, this 21st day of May 2024, following reassignment (ECF No. 9), studying Defendant's Motion to partially dismiss the insured's bad faith and unfair trade practices claims (ECF No. 7), Plaintiff's Response (ECF No. 8) agreeing not to contest dismissal of the unfair trade practices claim without prejudice, and for reasons in today's accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF No. 7) is **GRANTED** requiring:

1. We dismiss the insured's bad faith and unfair trade practices claims without prejudice to plead facts in an amended Complaint filed consistent with our Order setting obligations entered after our initial case management conference set in today's Order; and,

2. Defendant file an Answer to the remaining breach of contract claim in the Complaint (ECF No. 1-1) no later than **June 4, 2024**.

_____
KEARNEY, J.